In the Matter of the Trusts under the Last Will and Testament of GEORGE

H. PARKS, Deceased.— Decree affirmed, with costs payable out of the estate. All concur, except Hill, J., who dissents and votes to reverse and surcharge the account for the value of the lost securities.